**Order entered February 21, 2020**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00122-CV

## IN RE CP TOWER OWNER, LLC AND NEXBANK SECURITIES, INC. D/B/A NEXBANK REALTY ADVISORS, Relators

### Original Proceeding from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-06206-K

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Before the Court is realtors' January 30, 2020 motion to stay requesting this Court to stay James Dondero's deposition scheduled for February 24, 2020. Relators' motion to stay is **DENIED**.

/s/     ERIN A. NOWELL
        JUSTICE

Schenck, J., would grant the stay.